DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERALD ALDERMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3088

[May 22, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2019-CF-009772A.

Stuart N. Kaplan and Thomas J. Ali of The Law Offices of Stuart N. Kaplan, Palm Beach Gardens, and Steven H. Malone of Steven H. Malone, P.A., West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the convictions and sentences on all issues raised by the appellant. As to the appellant's claim regarding the denial of the motion to disqualify the trial judge, any error was harmless. *See Davis v. State*, 347 So. 3d 315, 327 n.6 (Fla. 2022) (applying the harmless error standard where error in the denial of a motion for disqualification did not have "a reasonable probability of contributing to [the defendant's] conviction").

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***